UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DOUGLAS M. YANKO,

    Plaintiff,

v.    Case No. 17-C-1011

STATE OF WISCONSIN,

    Defendant.

## ORDER OF DISMISSAL

Based upon the Report and Recommendation of Magistrate Judge William E. Duffin (ECF No. 5), which is hereby adopted in full, this case is ordered dismissed without prejudice for lack of exhaustion of state court remedies, as required by 28 U.S.C. § 2254(b)(1)(A), (c). The Clerk is directed to enter Judgment forthwith.

Dated this 30th day of August, 2017.

    s/William C. Greisbach
    William C. Griesbach, Chief Judge
    United States District Court